# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10372
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JERMAINE JEROME CAMPBELL,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cr-00366-VMC-LSG-1

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 15, 2026

For the Court: DAVID J. SMITH, Clerk of Court